IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MABLE P. ROJAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-0044-CV-W-ODS-SSA |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Pending is Plaintiff's Motion for attorney fees (Doc. # 18). Plaintiff requests an award of fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, in the amount of $5,000. Plaintiff requested 0.6 hours of attorney work in 2012 at $184.32 per hour and 27.7 hours of attorney work in 2013 at $187.11 per hour, resulting in a total fee of $5,293.53. Plaintiff reduced her request to $5,000. Defendant has no objection. Plaintiff's Motion is granted.

The Court awards $5,000 in attorney fees to be paid by the Social Security Administration. The award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010).

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 3, 2014                    UNITED STATES DISTRICT COURT